

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00787-CV

Leticia R. **ALVAREZ**,
Appellant

v.

Reymundo **ALVAREZ**,
Appellee

From the County Court at Law, Starr County, Texas
Trial Court No. CC-12-340
Honorable Romero Molina, Judge Presiding

## O R D E R

On November 1, 2013, appellant filed her notice of appeal. On January 31, 2014, the trial court clerk filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court